# United States Court of Appeals
## *For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Susan E. Bindler**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

January 22, 2026

Brett A. Shumate
U.S. DEPARTMENT OF JUSTICE
Civil Division
950 Pennsylvania Avenue, N.W.
Washington, DC  20530-0000

    RE:  26-1135  In re: United States of America

Dear Counsel:

    An Emergency Petition for a Writ of Mandamus and a Motion to Seal have been filed under the above referenced number. Your case will be referred to a panel of judges, and you will be advised of the Court's ruling.

    Susan E. Bindler
    Clerk of Court

EDG

Enclosure(s)

cc:    Clerk, U.S. District Court, District of Minnesota

    District Court/Agency Case Number(s):  0:26-mj-00040-JMB

**Caption For Case Number: 26-1135**

In re: United States of America

        Petitioner

**Addresses For Case Participants: 26-1135**

Brett A. Shumate
U.S. DEPARTMENT OF JUSTICE
Civil Division
950 Pennsylvania Avenue, N.W.
Washington, DC  20530-0000

Clerk, U.S. District Court, District of Minnesota
U.S. DISTRICT COURT
District of Minnesota
202 U.S. Courthouse
300 S. Fourth Street
Minneapolis, MN  55415-0000