# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 26-1135

In re: United States of America

Petitioner

---

Appeal from U.S. District Court for the District of Minnesota
(0:26-mj-00040-JMB)

---

### ORDER

The motion of the United States to seal is granted. The Chief Judge of the United States District Court for the District of Minnesota is invited to file a response, at his discretion, to the petition for writ of mandamus. Any response is due by 2:00 p.m. Friday, January 23.

January 23, 2026

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
/s/ Susan E. Bindler