# United States Court of Appeals
## *For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Susan E. Bindler**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

January 23, 2026

Brett A. Shumate
U.S. DEPARTMENT OF JUSTICE
Civil Division
950 Pennsylvania Avenue, N.W.
Washington, DC  20530-0000

      RE:  26-1135  In re: United States of America

Dear Counsel:

      Enclosed is a copy of a dispositive order entered today in the above case. Mandate is being issued and sent today to the Clerk of the United States District Court.

      Susan E. Bindler
      Clerk of Court

AMT

Enclosure(s)

cc:     Clerk, U.S. District Court, District of Minnesota

      District Court/Agency Case Number(s):   0:26-mj-00040-JMB