UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

No: 26-1135

In re: United States of America

Petitioner

---

Appeal from U.S. District Court for the District of Minnesota
(0:26-mj-00040-JMB)

---

## MANDATE

In accordance with the judgment of January 23, 2026, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

January 23, 2026

Clerk, U.S. Court of Appeals, Eighth Circuit