UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

No: 26-1135

In re: United States of America

Petitioner

---

Appeal from U.S. District Court for the District of Minnesota
(0:26-mj-00040-JMB)

---

**ORDER**

The unopposed motion of Chief Judge Schiltz to lift the seal is granted in part. The court has removed from seal the Emergency Petition for Writ of Mandamus, the Originating Court Response, and Originating Court Further Response.

January 24, 2026

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
    /s/ Susan E. Bindler