# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No. 26-1135

In re: United States of America

Petitioner

___

Appeal from U.S. District Court for the District of Minnesota
(0:26-mj-00040-JMB)

___

**ORDER**

The court previously granted Chief Judge Schiltz's unopposed motion to lift the seal on the Originating Court Response. It has also lifted the seal on the Originating Court Further Response, which was provided by Chief Judge Schiltz after the clerk furnished the government's petition for writ of mandamus to Chief Judge Schiltz and invited a further response. The court now grants the unopposed request of the government to lift the seal on its Reply in Support of Emergency Petition for Writ of Mandamus without the exhibit.

January 29, 2026

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
　　　　/s/ Susan E. Bindler